IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BRENT MURPHY                                                    PETITIONER

VERSUS                                      CIVIL ACTION NO. 1:09cv729HSO-JMR

CHRISTOPHER EPPS, ET AL.                                    RESPONDENTS

<u>MEMORANDUM OPINION AND ORDER</u>
<u>ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court on the Report and Recommendation of Chief United States Magistrate Judge John M. Roper [13-1] entered in this cause on March 2, 2011. The Court has thoroughly reviewed the findings in the Report and Recommendation, the record, and the relevant legal authorities, and concludes that Murphy's Petition is now moot. The Court further agrees with the Magistrate Judge that because Murphy failed to exhaust his state court remedies, his Petition is likewise barred.

To date, no objection to the Report and Recommendation has been filed by Petitioner.[1] Where no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a *de novo* review of it. *See* 28 U.S.C. § 636(b)(1) ("a judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made."). In such cases, the Court need only review the Report and Recommendation and determine whether it is either clearly erroneous or contrary

---

[1] The record reflects that Petitioner signed for receipt of the Report and Recommendation on March 4, 2011 [14-1].

to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Having conducted the required review, the Court finds that the Magistrate

Judge's Report and Recommendation thoroughly considered all issues, and is

neither clearly erroneous, nor contrary to law.  The Court, being fully advised in the

premises, finds that the Magistrate Judge properly recommended that Murphy's

Petition be denied.  Said Report and Recommendation should be adopted as the

opinion of this Court.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Report and

Recommendation [13-1] of Chief Magistrate Judge John M. Roper entered on March

2, 2011, is hereby adopted as the finding of this Court.  A separate judgment will be

entered in accordance with this order as required by Federal Rule of Civil Procedure

58.

**SO ORDERED AND ADJUDGED,** this the 23rd day of March, 2011.


*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE