IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRENT MURPHY**                                                                                    **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 1:09cv729HSO-JMR**

**CHRISTOPHER EPPS, ET AL.**                                                        **RESPONDENTS**

## FINAL JUDGMENT

This cause came on this date to be heard upon the Report and Recommendation of Chief United States Magistrate Judge John M. Roper entered on March 2, 2011 [13-1].  The Court, having adopted said Report and Recommendation as the finding of this Court by Memorandum Opinion and Order entered this date, finds that this matter should be dismissed.  Accordingly,

**IT IS, ORDERED AND ADJUDGED** that, Petitioner Brent Murphy's §2254 Petition for habeas corpus relief should be and hereby is **DISMISSED.**

**SO ORDERED AND ADJUDGED**, this the 23rd day of March, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE